# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAM ASCHENBRENNER, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>DOLGENCORP, INC., DOLLAR )<br>GENERAL PARTNERS, )<br>DOLGENCORP OF NEW YORK, INC., )<br>and DOLGENCORP OF TEXAS, INC., )<br>)<br>   Defendants. ) | 8:10-CV-00153-LSC-FG3<br><br>CONSOLIDATION ORDER |
| HAYLEY BACON, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>DOLGENCORP, INC., et al., )<br>)<br>   Defendants. ) | 8:10-CV-00155-LSC-FG3<br><br>CONSOLIDATION ORDER |
| BRIAN BURNS, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>DOLGENCORP, INC., et al., )<br>)<br>   Defendants. ) | 8:10-CV-00156-LSC-FG3<br><br>CONSOLIDATION ORDER |
| LONNY EVANS, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>DOLGENCORP, INC., et al., )<br>)<br>   Defendants. ) | 8:10-CV-00157-LSC-FG3<br><br>CONSOLIDATION ORDER |

| | |  |
|---|---|---|
| DEBRA MEREDITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00158-LSC-FG3 |
| vs. | ) | |
| | ) | CONSOLIDATION ORDER |
| DOLGENCORP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| THERESA CARLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00159-LSC-FG3 |
| vs. | ) | |
| | ) | CONSOLIDATION ORDER |
| DOLGENCORP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| NANCY NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00160-LSC-FG3 |
| vs. | ) | |
| | ) | CONSOLIDATION ORDER |
| DOLGENCORP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| DONALD ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00161-LSC-FG3 |
| vs. | ) | |
| | ) | CONSOLIDATION ORDER |
| DOLGENCORP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| **LACHELLE ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:10-CV-00162-LSC-FG3 |
| vs. ) | |
| ) | **CONSOLIDATION ORDER** |
| **DOLGENCORP, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| **ANN RUMBAUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:10-CV-00163-LSC-FG3 |
| vs. ) | |
| ) | **CONSOLIDATION ORDER** |
| **DOLGENCORP, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Following a conference with counsel on May 12, 2010, the court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

**IT IS ORDERED:**

1. Cases Nos. 8:10CV153, 8:10CV155, 8:10CV156, 8:10CV157, 8:10CV158, 8:10CV159, 8:10CV160, 8:10CV161, 8:10CV162, and 8:10CV163 are hereby consolidated for all purposes, without prejudice to a party moving for severance for trial or disposition by summary judgment.

2. Case No. 8:10CV153 is hereby designated as the "Lead Case." Cases Nos. 8:10CV155, 8:10CV156, 8:10CV157, 8:10CV158, 8:10CV159, 8:10CV160, 8:10CV161, 8:10CV162, and 8:10CV163 are hereby designated as the "Member Cases."

3. The court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, the parties are instructed to file all further documents (except those described in paragraph 4) in the Lead Case, No. 8:10CV153, and to select the option "yes" in response to the System's question whether to spread the text.

4. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5. If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

**DATED May 12, 2010.**

**BY THE COURT:**

s/ F.A. Gossett
**United States Magistrate Judge**