IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAM ASCHENBRENNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV153 |
| | ) | |
| v. | ) | |
| | ) | |
| DOLGENCORP, INC., | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |

This matter is before the magistrate judge for full pretrial supervision.

The records of the court show that, by letters dated April 27, 2010, the following attorneys were directed to register for admittance to practice in this district and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days:

Jere L. Beasley
BEASELY, ALLEN LAW FIRM
P.O. Box 4160
Montgomery, AL 36103-4160

Roman A. Shaul
BEASELY, ALLEN LAW FIRM
P.O. Box 4160
Montgomery, AL 36103-4160

J. Trent Scofield
OGLETREE, DEAKINS LAW FIRM
1819 5th Avenue, North
Suite 1000, One Federal Place
Birmingham, AL 35203

Keith D. Frazier
OGLETREE, DEAKINS LAW FIRM
401 Commerce Street
Suite 1200, SunTrust Plaza
Nashville, TN 37219

Elizabeth S. Washko
OGLETREE, DEAKINS LAW FIRM
401 Commerce Street
Suite 1200, SunTrust Plaza
Nashville, TN 37219

P. Mark Petro
SCHREIBER, PETRO LAW FIRM
301 19th Street North
Suite 580
Birmingham, AL 35203

W. Daniel Miles , III
BEASELY, ALLEN LAW FIRM
P.O. Box 4160
Montgomery, AL 36103-4160

Joel S. Allen
MORGAN, LEWIS LAW FIRM
1717 Main Street
Suite 3200
Dallas, TX 75201

Ronald E. Manthey
MORGAN, LEWIS LAW FIRM
1717 Main Street
Suite 3200

The Clerk of the Court advises that, as of this date, none of these attorneys have complied with the requirements.

**IT IS ORDERED:**

1. On or before **July 30, 2010**, attorneys Jere L. Beasley, P. Mark Petro, Roman A. Shaul, J. Trent Scofield, Joel S. Allen, Keith D. Frazier, Ronald E. Manthey, W. Daniel Miles, III and Elizabeth S. Washko shall register to practice in this district and register for the court's CM/ECF System or show cause by written affidavit why they cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to attorneys Jere L. Beasley, P. Mark Petro, Roman A. Shaul, J. Trent Scofield, Joel S. Allen, Keith D. Frazier, Ronald E. Manthey, W. Daniel Miles, III and Elizabeth S. Washko.

**DATED July 14, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**