## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAM ASCHENBRENNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10-CV-00153-LSC-FG3 |
| | ) | |
| DOLGENCORP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| HAYLEY BACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00155-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BRIAN BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00156-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LONNY EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00157-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **DEBRA MEREDITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10-CV-00158-LSC-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **THERESA CARLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10-CV-00159-LSC-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **NANCY NEWTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10-CV-00160-LSC-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **DONALD ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10-CV-00161-LSC-FG3** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

LACHELLE ROBINSON,                    )
                                      )
                    Plaintiff,        )
                                      )        8:10-CV-00162-LSC-FG3
        vs.                           )
                                      )        ORDER
DOLGENCORP, INC.,                     )
                                      )
                    Defendant.        )


ANN RUMBAUGH,                         )
                                      )
                    Plaintiff,        )
                                      )        8:10-CV-00163-LSC-FG3
        vs.                           )
                                      )        ORDER
DOLGENCORP, INC.,                     )
                                      )
                    Defendant.        )


        This matter is before the court on defendant's motion to permit Ronald E. Manthey to
withdraw as counsel of record for the defendant.  The defendant will continue to be represented by
other counsel.

        **IT IS ORDERED** that the motion is granted, and the July 14, 2010 Order to Show Cause
is satisfied as to Ronald E. Manthey, as follows:

        1.    The Motion to Withdraw is granted.  Attorney Ronald E. Manthey is granted leave to
with draw as counsel for the defendant.

        2.    The Clerk shall terminate the appearance of Ronald E. Manthey as defense counsel.

        3.    For purposes of this case, attorney Ronald E. Manthey is excused from registering to
practice in the District of Nebraska and from registering for the court's CM/ECF System.

        4.    The Clerk shall terminate future notices to Ronald E. Manthey in this matter.

        **DATED July 22, 2010.**

                            **BY THE COURT:**

                            **s/ F.A. Gossett**
                            **United States Magistrate Judge**