# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAM ASCHENBRENNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10-CV-00153-LSC-FG3 |
| | ) | |
| DOLGENCORP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | | |
| HAYLEY BACON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00155-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| BRIAN BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00156-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| LONNY EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00157-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA MEREDITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00158-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| THERESA CARLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00159-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NANCY NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00160-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DONALD ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-CV-00161-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **LACHELLE ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:10-CV-00162-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | | |
| **ANN RUMBAUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:10-CV-00163-LSC-FG3 |
| vs. | ) | |
| | ) | ORDER |
| **DOLGENCORP, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiffs' motions to permit Jere L. Beasley and W. Daniel Miles, III of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and J. Allen Schreiber and P. Mark Petro of the law firm of Schreiber and Petro, LLC, to withdraw as counsel of record for the plaintiffs. Plaintiffs will continue to be represented by C. Lance Gould and Roman A. Shaul with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

**IT IS ORDERED** that the motion is granted, and the July 14, 2010 Order to Show Cause is satisfied as to Jere L. Beasley, W. Daniel Miles, III, J. Allen Schreiber, and P. Mark Petro , as follows:

    1.    The Motion to Withdraw is granted. Attorneys Jere L. Beasley, W. Daniel Miles, III, J. Allen Schreiber, and P. Mark Petro are granted leave to withdraw as counsel for the plaintiffs.

    2.    The Clerk shall terminate the appearances of Jere L. Beasley, W. Daniel Miles, III, J. Allen Schreiber, and P. Mark Petro .

3. For purposes of this case, attorneys Jere L. Beasley, W. Daniel Miles, III, J. Allen Schreiber, and P. Mark Petro are excused from registering to practice in the District of Nebraska and from registering for the court's CM/ECF System.

4. The Clerk shall terminate future notices to Jere L. Beasley, W. Daniel Miles, III, J. Allen Schreiber, and P. Mark Petro in this matter.

**DATED July 28, 2010.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**