IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAM ASCHENBRENNER, | ) | 8:10-CV-00153-LSC-FG3 |
| | ) | |
| Plaintiff, | ) | and consolidated cases |
| | ) | |
| vs. | ) | 8:10CV155, 8:10CV156, |
| | ) | 8:10CV157, 8:10CV158, |
| DOLGENCORP, INC., | ) | 8:10CV159, 8:10CV160, |
| | ) | 8:10CV161, 8:10CV162, and |
| Defendant. | ) | 8:10CV163 |
| | ) | |

## SCHEDULING ORDER

Following a conference with counsel pursuant to Fed. R. Civ. P. 16 concerning matters of importance in scheduling this case,

**IT IS ORDERED** that **cross-motions for summary judgment** shall be filed not later than **December 17, 2010 in the lead case only** (*Aschenbrenner v. Dolgencorp, Inc.*, 8:10CV153). Responses to the motions for summary judgment shall be filed no later than **January 7, 2011.**

DATED September 20, 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge